Opinion issued May 12, 2011

     

 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-11-00209-CV

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



IN RE SHARI HARRIS, Relator

 

 



Original Proceeding on Petition for Writ of Mandamus

 

 



MEMORANDUM OPINION [1]

 

By petition for writ of mandamus,
relator, Shari Harris, seeks mandamus relief from the trial court’s December
13, 2010 order granting a new trial.

We DENY  the petition for writ
of mandamus.              

Per Curiam

 

Panel consists of Chief Justice Radack and Justices
Bland and Brown.    











[1]           The
underlying case is Donald Leach v. Shari Harris, No. 47410 in the 23rd
District Court of Brazoria County, Texas, the Hon. Ben Hardin, presiding.